IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-294-D

| | |
|---|---|
| MISSION ESSENTIAL PERSONNEL, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** ) |
| WORLDWIDE LANGUAGE RESOURCES, INC. and INTERNATIONAL MANAGEMENT SERVICES, INC., | ) ) ) ) ) ) |
| Defendants. | ) |

On October 2, 2013, Mission Essential Personnel, LLC filed a motion for reconsideration [D.E. 78]. The court has reviewed the motion, including the substantive arguments in support of the motion for summary judgment. The motion for reconsideration [D.E. 78] is DENIED.

SO ORDERED. This 5 day of November 2013.

JAMES C. DEVER III
Chief United States District Judge